■ THOMAS F. O'DOWD, as Surviving Partner of the Copartnership of O'DOWD ENGINEERING Co., Appellant, v. AMERICAN SURETY COMPANY OF NEW

York, Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.